**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-10-627 |
| | § | |
| | § | |
| | § | |
| JUSTIN W. LEWIS | § | |

# O R D E R

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 62). The  motion for continuance is GRANTED.  The sentencing hearing is reset to **February 21, 2014 at 9:00 a.m.**

SIGNED on November 14, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge